IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TRACY ANTHONY MILLER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 108-168 |
| VICTOR WALKER, Warden, | ) ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**, his motion to proceed IFP is **DENIED** as **MOOT**, and this civil action is **CLOSED**.[1]

SO ORDERED this 16th day of July, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a motion to set aside the Report and Recommendation pursuant to Fed. R. Civ. P. 60(b). (Doc. no. 9). As the Report and Recommendation is not a final judgment, Petitioner's motion is **DENIED**. Petitioner's remaining pending motion (a motion to compel) is **MOOT**. (Doc. no. 8)